IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DIRECTV, INC., a California corporation, | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | No. 3:04-cv-444 |
| RANDY SLUTER, | ) ) | |
| Defendant | ) ) | |

## **J U D G M E N T**

It being uncontradicted that defendant Randy Sluter has breached the settlement agreement entered into between the parties on February 16, 2005, plaintiff's motion to enforce settlement agreement [Court File #11] is hereby GRANTED. Judgment is ENTERED in favor of plaintiff DirecTV, Inc., against defendant Randy Sluter in the amount of Ten Thousand ($10,000) Dollars.

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE